### WETSTEIN v. GRIECO.

(Supreme Court, Appellate Term. April 8, 1909.)

LANDLORD AND TENANT (§ 200*)—LIABILITY FOR RENT—FAILURE TO OUST DISREPUTABLE PEOPLE.

Where a tenant who rented by the month remained on the premises for eight days after a promise by his landlord to oust disreputable people, and that if he did not the tenant need only pay for what days he stayed, he is liable therefor, but for no more.

[Ed. Note.—For other cases, see Landlord and Tenant, Dec. Dig. § 200.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by William Wetstein against Frank Grieco. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Argued before GILDERSLEEVE, P. J., and SEABURY and LEHMAN, JJ.

James F. Higgins, for appellant.

David Sternlicht, for respondent.

PER CURIAM. This action was for rent. The plaintiff's agent testified that the defendant rented the premises at $25 per month, the rent to be paid on the 1st of each month; that the rent for the month of June, 1908, was paid; and that the tenant moved from the premises on July 8th without paying rent for that month. This was not disputed by the tenant. His reason for not paying the rent is as follows:

"I did not pay because he promised me— The house was a disreputable house, and I wanted to get out of it, and he promised me that he was going to put these people out, and he says: 'If I don't put them out you need not stay.' I could pay him for what days I was in."

This did not authorize the justice in rendering a judgment absolute in favor of the defendant. According to his own testimony he remained in the premises, after this promise on the part of the landlord, for eight days, for which he was liable, and for no more.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.